**PHILIP J. DINHOFER, LLC**
ATTORNEYS AT LAW
77 N. CENTRE AVE. - SUITE 314
ROCKVILLE CENTRE, NY 11570
TEL: 516-678-3500
FAX: 516-678-4235
E-MAIL: PJDLLC2806@YAHOO.COM

November 18, 2024

<u>VIA ECF</u>

Hon. Edgardo Ramos
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:  Suarez v. LIRR, et al.   &   Jordan v. LIRR, et al.
     22 Civ. 9013 (ER)              22 Civ. 7771 (ER)

Dear Judge Ramos:

The above-referenced actions are scheduled for a conference before you on Wednesday, November 20, 2024 at 11:30 AM. Due to matters of my personal health, I am writing to request a 30-45 day adjournment of the conference.

Last week I was admitted to St. Francis Hospital for a couple of days with heart issues. They started me on a new "temporary" medication that is leaving me dizzy, fatigued and short of breath - all perfectly normal side effects that should abate over the next month. If the medication does not work, then I will likely be re-admitted to have a cardiac ablation procedure in December or January to resolve the problem.

In view of the side effects that the medication is having on me, I do not believe it a good idea for me to go ahead with the conference on Wednesday and would therefore appreciate the above-requested adjournment.

I have consulted with Fredric M. Gold, Esq., Andrew Harms, Esq., Jacob Goins, Esq. and Garret P. Rooney, Esq., attorneys for the plaintiff in Jordan and all defendants, and each of them has consented to this application.

Respectfully yours,

*Philip J. Dinhofer*

PHILIP J. DINHOFER
PJD/dd
cc:   Fredric M. Gold, Esq.
      Andrew Harms, Esq.
      Jacob Goins, Esq.
      Garret P. Rooney, Esq.
      (All Via ECF)

---

The case management conference in both *Jordan* and *Suarez* is adjourned to January 9, 2025, at 11:30 a.m. in Courtroom 619, 40 Centre Street, New York, New York 10007.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated: 11/18/2024
New York, New York