UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIONEL JORDAN,<br><br>                    Plaintiff,<br><br>–against–<br><br>LONG ISLAND RAILROAD COMPANY AND D & C UNITED, INC.,<br><br>                    Defendants. | **ORDER**<br><br>22 Civ. 7771 (ER) |
| GREGORY SUAREZ AND JULISSA SUAREZ,<br><br>                    Plaintiffs,<br><br>-against-<br><br>THE LONG ISLAND RAILROAD COMPANY, D & C UNITED INC., AND JOHN DOE DRIVER,<br><br>                    Defendants. | 22 Civ. 9013 (ER) |

Ramos, D.J.:

Due to the National Day of Mourning for President Jimmy Carter, the case management conference presently scheduled for January 9, 2025, is adjourned to **January 22, 2025, at 10:00 a.m.** in Courtroom 619 before the Hon. Edgardo Ramos, U.S.D.J. at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

It is SO ORDERED.

Dated:   January 3, 2025
         New York, New York

                                                                Edgardo Ramos, U.S.D.J.