

Andrew Harms
7 World Trade Center
250 Greenwich Street, 11th Floor
New York, New York 10007
Andrew.Harms@lewisbrisbois.com
Direct: 646.783.1723

October 20, 2025

MEMORANDUM ENDORSED

**VIA ECF**
Hon. Gabriel W. Gorenstein
United States Magistrate Judge
United States Courthouse
40 Centre Street, Courtroom 519
New York, NY 10007

    Re:    Suarez v. LIRR, et. al.   &   Jordan v. LIRR, et. al.
            22 Civ. 9013 (ER)         22 Civ. 7771 (ER)

Dear Judge Gorenstein:

    We represent defendant D&C United in the above referenced matters which have been referred to your honor for mediation on November 4, 2025 at 2:30 p.m.

    Upon consultation with your chambers, November 18, 2025 at 2:30 p.m. was determined to be the next available time to conduct mediation in this matter. We have communicated that date and time to all parties; all parties are available as confirmed by e-mail.

    We respectfully request November 18 at 2:30 be confirmed as the date and time for mediation.

    We are available to confer further with the Court and parties as needed.

                Respectfully yours,

                *Andrew D. Harms*

                Andrew D. Harms for
                LEWIS BRISBOIS BISGAARD & SMITH, LLP

Conference adjourned to November 18, 2025, at 2:30 p.m. Submissions are due November 12, 2025.

So Ordered.

*/s/ Gabriel W. Gorenstein*
GABRIEL W. GORENSTEIN
United States Magistrate Judge

October 30, 2025