# SHAFER PARTNERS, LLP

*Attorneys At Law*

| | |
|---|---|
| 125 Maiden Lane | 411 Hackensack Ave. |
| 16th Floor | Suite 200 |
| New York, NY 10038 | Hackensack, NJ 07601 |
| (212) 267-0011 | (201) 569-8811 |

Fax (646) 435-9434

*Please direct all correspondence to the New York office*

March 31, 2026

**VIA ECF**
Hon. Edgardo Ramos, USDJ
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

## MEMO ENDORSED

Re:    Lionel Jordan v. Long Island Rail Road Company
Case File No. 21-0058894-003
Our File No.:    LIR-00101
Our Clients:    Long Island Rail Road Company
Docket No.:    1:22-cv-07771 (ER) Jordan
Docket No.:    1: 22 cv 09013 (ER) Suarez
Date of Loss:    July 23, 2021

> The request is granted.  Motions for summary judgment shall be filed by April 10, 2026; oppositions are due May 18, 2026; and replies are due May 29, 2026.  SO ORDERED.
>
> Edgardo Ramos, U.S.D.J.
> Dated: March 31, 2026
> New York, New York

Dear Judge Ramos:

We represent Defendant, Long Island Rail Road Company, relative to the above-referenced matter.  This letter is being written with the consent of all parties.

Pursuant to our previous request, you ordered the following motion schedule:

ORDER granting [58] Letter Motion for Extension of Time. The request is granted. Motions for summary judgment shall be filed by April 2, 2026; oppositions are due April 30, 2026; and replies are due May 14, 2026. SO ORDERED. Motions due by 4/2/2026. (Signed by Judge Edgardo Ramos on 2/12/2026) (jca)

When the schedule was entered, I did not realize that the due date coincided with the beginning of the holiday of Passover. I'm also told that Mr. Dinhofer is out of town late April/early May. And in the interim I have been scheduled for hip surgery on April 29th. With the consent of all parties, I respectfully request a short extension as follows:

Motions for summary judgment shall be filed by April 10, 2026; oppositions are due May 18, 2026  and replies are due May 29, 2026.

Page 2 of 2
March 31, 2026

Respectfully submitted,

SHAFER PARTNERS, LLP

## Howard S. Shafer

HOWARD S. SHAFER, ESQ. (HS-5101)
Direct Dial:    (646) 435-9438

_____

SO ORDERED

cc:

Fredric M. Gold (VIA Email)
Law Offices Fredric M. Gold PC
450 Seventh Ave., Ste 1308
New York, NY 10123
fredricmgold@verizon.net

Philip Dinhofer, Esq . (Via Email)
Attorney for Suarez Plaintiffs- 22 cv 090 I 3 (ER)
pjdllc2806@yahoo.com

Jacob Alan Goins, Esq. (Via Email)
LIRR Law Department
Attorney for LIRR0- 22 cv 09013 (ER)
jacob.goins@lirr.org

Andrew D. Harms, Esq. (Via Email)
Lewis Brisbois Bisgaard & Smith LLP
andrew.harms@lewisbrisbois.com

HSS/
247799.doc